ACCEPTED
06-14-00096-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/15/2015 3:02:14 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00096-CV

| MICHAEL ANDERSON | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | SIXTH JUDICIAL DISTRICT |
| | § | |
| THOMAS SNODDY | § | TEXARKANA, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/15/2015 3:02:14 PM
DEBBIE AUTREY
Clerk

### APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE COURT:

COMES NOW MICHAEL ANDERSON, Appellant, and moves the Court to extend the time

for filing the Appellant's Brief in accordance with Rule 10.5 of the Texas Rules of Appellate

Procedure. In support of his motion, Appellant would show the following:

A.    Appellant's brief is due by April 23, 2015

B.    Appellant seeks a thirty-day extension.

C.    The undersigned counsel has a trial set on April 20, 2015, in <u>Lawanda Daugherty v. Marry</u>

        <u>and Jerry Riley</u>, Cause No. 14-1406-C, in the 241st District Court of Smith County, Texas.

D.    No extensions have previously been granted regarding the Appellant's brief.

        This motion is made not for purposes of delay but so that justice may be done.

Respectfully submitted,

SNOW E. BUSH, JR., P.C.
420 N. Center Street
Longview, TX 75601
PHONE: (903) 753-7006
FAX: (903) 753-7278
E-MAIL: jonathanwharton1@sbcglobal.net

BY:_____
        JONATHAN WHARTON
        STATE BAR NO. 24075764
        ATTORNEY FOR APPELLANT,
        MICHAEL ANDERSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been delivered to all counsel of record in compliance with the requirements of T.R.C.P. 21a on this the _15_ day of _April_, 2015

.

_____
JONATHAN WHARTON